UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY LOTTO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAY AREA CREDIT SERVICE, LLC.,<br><br>　　　　Defendant. | Case No.: **3:10-cv-01167-CRB**<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Sept. 01, 2010

_____
The Hon.
United S

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

[Proposed] Order